IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1.  ELIJAH HENRY,              )<br>                                              )<br>            Plaintiff,             )<br>                                              )<br>v.                                         )<br>                                              )<br>1.  RADIUS GLOBAL SOLUTIONS, LLC;  )<br>and 2. DOES 1-10, inclusive,   )<br>                                              )<br>            Defendant,          )<br>                                              ) | Case No. 5:19-cv-01018-SLP |

**DEFENDANT RADIUS GLOBAL SOLUTIONS, LLC'S
<u>MOTION FOR EXTENSION OF TIME TO ANSWER</u>**

Defendant Radius Global Solutions, LLC ("Radius") submits this Motion for Extension of Time to Answer or otherwise plead, and states the following in support thereof in fulfillment of LCvr 7.2(h):

1. The initial pleading of Radius is currently due on January 10th, 2020 pursuant to Radius's Waiver of the Service of Summons. Doc. 4, filed 11/20/19.

2. No prior motions for extension have been made.

3. Radius is still in the process of gathering information in order to prepare an Answer and/or other initial pleadings or motions.

4. Opposing counsel has been contacted and has no objection to a two (2) week extension of time for Radius to answer.

5. The granting of this Motion for Extension of Time to Answer will not impact any deadlines, as this matter has not been set for trial or otherwise scheduled for any deadlines.

6. Radius requests a two week extension of time to answer, which will reset the deadline for Radius to answer from January 10, 2020 to January 24, 2020.

A proposed order is being submitted contemporaneously with this motion.

WHEREFORE, Defendant Radius Global Solutions, LLC respectfully requests that this Court grant its Motion for Extension of Time to Answer or otherwise plead, and accordingly reset the deadline for Radius to answer from January 10, 2020 to January 24, 2020.

Respectfully submitted,

By: /s/ Kerry R. Lewis
Kerry R. Lewis, OBA #16519
Rhodes, Hieronymus, Jones, Tucker
& Gable, P.L.L.C.
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
Telephone:   918/582-1173
Facsimile:   918/592-3390
klewis@rhodesokla.com
*Attorney for Defendant*
*Radius Global Solutions, LLC*

## **CERTIFICATE OF SERVICE**

      I certify that on the 9th day of January, 2020, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Western District of Oklahoma, and submitted electronically to the following ECF registrant(s):

Sergei Lemberg, Esq.
LEMBERG LAW, L.L.C.
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone:   (203) 653-2250
Facsimile:    (203) 653-3424
E-mail: slemberg@lemberglaw.com
***Attorneys for Plaintiff***

                                                            */s/ Kerry R. Lewis*
                                                           Kerry R. Lewis (OBA #16519)