## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. ELIJAH HENRY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 1. RADIUS GLOBAL SOLUTIONS, LLC; ) <br> and 2. DOES 1-10, inclusive, ) <br> ) <br> Defendant, ) <br> ) | Case No. 5:19-cv-01018-SLP |

## ORDER

Defendant Radius Global Solutions, LLC's Motion for Extension of Time to Answer (Doc. No. 8) now comes before this Court. Upon consideration of the Motion, this Court **GRANTS** Defendant Radius Global Solutions, LLC's Motion for Extension of Time to Answer or Otherwise Plead, and hereby extends the deadline for Radius Global Solutions, LLC to file its initial pleading from January 10, 2020 to January 24, 2020.

IT IS SO ORDERED this 9th day of January, 2020.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE