UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Elijah Henry,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>Radius Global Solutions LLC; and DOES 1-10, inclusive,<br><br>　　　　　　Defendant. | Civil Action No.:  5:19-cv-01018-SLP |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

　　Elijah Henry ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: January 15, 2020

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　By: <u>/s/ Sergei Lemberg            </u>

　　　　　　　　　　　　　　　　　　　　　Sergei Lemberg, Esq.
　　　　　　　　　　　　　　　　　　　　　LEMBERG LAW, L.L.C.
　　　　　　　　　　　　　　　　　　　　　43 Danbury Road
　　　　　　　　　　　　　　　　　　　　　Wilton, CT 06897
　　　　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　　　　Facsimile:  (203) 653-3424
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 15, 2020, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Western District of Oklahoma Electronic Document Filing System (ECF) and that the document is available on the ECF system.

           By /s/ Sergei Lemberg

             Sergei Lemberg